LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
JASON H. TOKORO (State Bar No. 252345)
jtokoro@millerbarondess.com
FARBOD S. MORIDANI (State Bar No. 251893)
fmoridani@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Defendants
SAN BERNARDINO COUNTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GARY G., *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, *et al.*,<br><br>  Defendants. | **Case No. 5:23-cv-00947-MEMF-BFM**<br><br>**SAN BERNARDINO COUNTY'S MOTION TO CERTIFY FOR APPEAL ORDER DENYING MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>Assigned to the Hon. Maame Ewusi-Mensah Frimpong, Crtrm. 8B<br><br>Action Filed:   May 25, 2023<br>FAC Filed:    August 14, 2023<br>Trial Date:    None Set<br><br>Hearing:  December 5, 2024 at 10:00 a.m. |

697944.1

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. § 1292(b), Defendant San Bernardino County hereby moves the Court for an order certifying for immediate appeal its September 30, 2024 Order Granting in Part Defendants' Motion to Dismiss (Dkt. 78 (the "Order")) to the extent the Order denied the County Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction based on a determination that abstention under *Younger v. Harris*, 401 U.S. 37 (1971) was not warranted.

The matter will be heard on December 5, 2024 at 10:00 a.m. or as soon thereafter as the matter may be heard, before the Honorable Maame Ewusi-Mensah Frimpong, in the United States District Court, Central District of California, Courtroom 10B, located at First Street Courthouse, 350 West First Street, Los Angeles, California 90012.

Please take further notice that the Order dismissed the San Bernardino County Board of Supervisors (the "Board"), San Bernardino County Children and Family Services ("CFS"), and Jeany Zepeda "from the entire case WITH LEAVE TO AMEND." (Dkt. 78 at 29.) On October 20, 2024, counsel for Plaintiffs confirmed via email that Plaintiffs will not amend their complaint. Accordingly, the Board, CFS, and Director Zepeda are no longer part of this action and this motion is brought on behalf of the sole remaining County Defendant—San Bernardino County.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on October 4, 2024.

DATED: October 11, 2024   MILLER BARONDESS, LLP

By: _____
FARBOD S. MORIDANI
Attorneys for Defendants
SAN BERNARDINO COUNTY

697944.1

2

SAN BERNARDINO COUNTY'S MOTION TO CERTIFY FOR APPEAL
ORDER DENYING MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION