# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| GARY G. ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM ET AL.,<br><br>Defendants. | Case No. 5:23-cv-00947-MEMF-BFM<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

IT IS SO ORDERED.

DATED: ___JUNE 16___, 2025

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE